**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION**

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br><br> REAL ID INCORPORATED, <br><br> Defendant. | Case No.: 1:23-cv-21564-DPG <br><br> **NOTICE OF CHANGE OF INFORMATION** |

Pursuant to SDFL LR 11.1(g), **NOTICE IS HEREBY GIVEN** of change of information for Santiago J. Teran, counsel for Plaintiff, in the above-captioned matter. Currently, the firm name, phone numbers and email addresses displayed on the docket are out-of-date and should reflect as follows:

**CONSUMER ATTORNEYS**
Santiago J. Teran, FL #1018985
2125 Biscayne Blvd. Ste 206
Miami, FL 33137
(347) 946-7990 (phone)
steran@consumerattorneys.com

Date: May 3, 2023,

                                             */s/ Santiago J Teran*
                                             Santiago J Teran
                                             FL Bar No. 1018985
                                             Consumer Attorneys
                                             steran@consumerattorneys.com
                                             2125 Biscayne Blvd., Ste 206
                                             Miami, FL 33137
                                             Direct: (347) 946-7990
                                             Facsimile: (718) 715-1750

                                             Consumer Attorneys
                                             8245 N. 85th Way
                                             Scottsdale, AZ 85258

                                             *Attorney for Plaintiff*
                                             *Jane Doe*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on May 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                                                            By: */s/ Santiago J. Teran*
                                                           Santiago J. Teran