IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

JANE DOE,

        Plaintiff,

v.

REAL ID INC.,

        Defendant.

Case No.: 1:23-cv-21564-DPG

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff respectfully moves for leave to file under seal (i) Plaintiff's Certificate of Interested Persons and (ii) evidence in support of Plaintiff's forthcoming renewed motion for leave to proceed under a pseudonym under Local Rule 5.4 and states the following in support.

**A. Description of the Items Proposed for Sealing.**

a. A Certificate of Interested Persons identifying Plaintiff. Filing under seal will permit the Court to run a conflicts search. Additionally, Plaintiff has already provided —in confidence— her identity to Defendant Real ID Inc.

b. Evidence in support of Plaintiff's forthcoming renewed motion for leave to proceed under a pseudonym. Such evidence will likely include a declaration by Plaintiff and a copy of the court ordering Plaintiff's criminal records sealed under §943.059(6)(b).

**B. Proposed Duration of the Seal.**

In light of the sensitive nature of the information in these documents, Plaintiff requests that they remain under seal indefinitely.

Date: May 16, 2023,

*/s/ Santiago J Teran*
Santiago J Teran
FL Bar No. 1018985
Consumer Attorneys
steran@consumerattorneys.com
2125 Biscayne Blvd., Ste 206
Miami, FL 33137
Direct: (347) 946-7990
Facsimile: (718) 715-1750

Consumer Attorneys
8245 N. 85th Way
Scottsdale, AZ 85258

*Attorney for Plaintiff*
*Jane Doe*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Susan Allsopp*
Susan Allsopp